UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **JOSE ARIAS** *ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED* | : | Civil Action No.20-7046(FLW) |
| Plaintiff, | : | |
| VS. | : | |
| **HIGH TECH LANDSCAPES, INC.** *et al.*, | : | ORDER DISMISSING CASE PURSUANT TO LOCAL |
| Defendant, | : | CIVIL RULE 41.1(a) |

It appearing to the Court that the above case has been pending for more than 90 days without any proceeding having been taken therein, and no objection having been entered.

It is on this 2nd day of January 2021,

ORDERED that the above case be and the same hereby is dismissed in accordance with Local Civil Rule 41.1(a), without prejudice and without cost to either party.

s/Freda L. Wolfson
FREDA L. WOLFSON
U.S. Chief District Judge